# EXHIBIT A

EXPLANATION

BY THE LEGISLATIVE COUNCIL

OF

AN ACT

RELATING TO CRIMINAL OFFENSES --
UNLAWFUL DISSEMINATION OF RECORDS

\*\*\*

1    This act prohibits the revealing of records relating to the
2    rental of video or audio tapes or publications and makes any
3    violation punishable by a fine not exceeding $1,000. per viola-
4    tion. This act also provides a civil penalty.
5    This act would take effect upon passage.

-----
ES541/SUB A/2
-----