# EXHIBIT C

# iTunes and Pandora Music Purchasers

iTunes and Pandora music Purchasers are consumers using major internet providers for their music listening pleasure. iTunes and Pandora Music Purchasers enjoy playing their favorite radio stations from home, work, or mobile devises. Individual song, video and record purchases and/or commercial free listening allow for a highly custom playlist along with a much wider geographical reach then local radio stations for a higher quality transmitted sound. These purchasers get access to more stations and a wider variety of programming options all hand selected by the individual. iTunes and Pandora Music Purchasers are constantly looking for the most up to date cutting edge technology. They are highly response to new technology, cell phones and apps, computers, vacation packages, coupons, deal saving offers, trial run offers, entertainment, satellite TV and sports offers.

| SEGMENTS | | PRICE |
|---|---|---|
| 18,188,721 | TOTAL UNIVERSE / BASE RATE | $80.00/M |
| | 1 Month Hotline | + $12.00/M |
| | 3 Month Hotline | + $8.00/M |

**DESCRIPTION**

iTunes and Pandora music Purchasers are consumers using major internet providers for their music listening pleasure. iTunes and Pandora Music Purchasers enjoy playing their favorite radio stations from home, work, or mobile devises. Individual song, video and record purchases and/or commercial free listening allow for a highly custom playlist along with a much wider geographical reach then local radio stations for a higher quality transmitted sound. These purchasers get access to more stations and a wider variety of programming options all hand selected by the individual.

iTunes and Pandora Music Purchasers are constantly looking for the most up to date cutting edge technology. They are highly response to new technology, cell phones and apps, computers, vacation packages, coupons, deal saving offers, trial run offers, entertainment, satellite TV and sports offers.

| ID NUMBER | |
|---|---|
| NextMark | 385690 |
| Manager | |
| **UNIVERSE** | |
| 18,188,721 | |
| **LIST TYPE** | |
| Consumer | |
| **SOURCE** | |
| **LIST MAINTENANCE** | |
| Counts through | 04/01/2019 |
| Last update | 04/01/2019 |
| Next update | 05/01/2019 |
| **SELECTS** | |
| AGE | 10.00/M |
| Buying Behavior | |
| Demographic | |
| Education | 8.00/M |
| Full Lifestyle | |
| GENDER | 10.00/M |
| Geography | 8.00/M |
| House Hold Income | 10.00/M |
| Interest | |
| Mail Order Buyer | 10.00/M |
| MARITAL STATUS | 10.00/M |
| PRESENCE OF CHILDREN | 10.00/M |
| **GEOGRAPHY** | |
| USA | |