# EXHIBIT D

## Selects & Counts

**LIST SELECTS**

Counts Thru: May 2018

| Selections | Total Number | Price/M |
|---|---|---|
| Total file | 18,188,721 | 80.00 |

**Minimum order:** 10,000.

**Other Selections**

Household income, presence of children, age, marital status, gender, 10.00/M extra; geography, education, 8.00/M extra; mail order buyer, 10.00/M extra; 1 month hotline, 12.00/M extra; 3 month hotline, 8.00/M extra; full lifestyle, demographic, buying behavior, interest.

## Requirements & Policies

**REQUIREMENTS & POLICIES**

**Commission / Credit Policy**
20% commission to brokers. 15% commission to agencies.

**Update Schedule**
Updated monthly.

**Method of Addressing**
FTP, e-mail, 50.00 fee.

**Restrictions**
Net name is allowed.