IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEIGH WHEATON; JILL PAUL; and TREVOR PAUL, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 19-02883 WHA

**JUDGMENT**

Defendant Apple Inc. requests this Court enter judgment dismissing plaintiffs Leigh Wheaton, Jill Paul, and Trevor Paul's complaint with prejudice (Dkt. No. 63). On October 25, 2019, this Court granted defendant's motion to dismiss plaintiffs' complaint and gave plaintiffs leave to move to amend their complaint by November 14 at noon (Dkt. No. 62). As of the date of this judgment, plaintiffs have failed to do so. Accordingly, plaintiffs' action is hereby **DISMISSED WITH PREJUDICE**. For the reasons stated in the accompanying order granting defendant's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Apple Inc. and against plaintiffs Leigh Wheaton, Jill Paul, and Trevor Paul. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE